UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C. HUGH JONSON, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> NORTHWEST TRUSTEE SERVICES, INC., *et al.*, <br><br> Defendants. | Case No. C12-0552RSL <br><br> ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On June 29, 2012, plaintiffs filed a "Second Amended Complaint" Dkt. # 17. Plaintiffs had already amended their complaint as of right on June 22, 2012. There is no indication in the record that the opposing parties consented to this amendment or that the Court granted plaintiff leave to amend, as required by Fed. R. Civ. P. 15(a)(2).

Plaintiffs are hereby ORDERED TO SHOW CAUSE within seven days of the date of this Order why the "Second Amended Complaint" should not be stricken. The Clerk of Court is directed to note this "Order to Show Cause" on the Court's calendar for Friday, July 13, 2012.

Dated this 3rd day of July, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE