UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

C. HUGH JONSON, *et al.*,

    Plaintiffs,

vs.

NORTHWEST TRUSTEE SERVICES, INC., *et al.*,

    Defendants.

Case No. C12-0552RSL

ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY CASE MANAGEMENT ORDER

This matter comes before the Court on "Plaintiffs' Motion and Order to Modify the Case Scheduling Order." Dkt. # 26. The relief requested in this motion is very limited. Plaintiffs seek a one day extension of the time in which to file a motion to amend their complaint. Because the requested extension will have no appreciable impact on any aspect of this litigation (*i.e.*, no other deadlines need be continued and the noting date on plaintiffs' motion to amend remains the same), the motion to modify is GRANTED. The deadline for amending pleadings set forth in the case management order (Dkt. # 15) is hereby extended from January 2, 2013, to January 3, 2013. Whether plaintiffs will be permitted to amend their complaint will be determined in the context of the Court's consideration of their separate pending motion.

Dated this 15th day of January, 2013.

Robert S. Lasnik
United States District Judge

ORDER MODIFYING CASE MANAGEMENT ORDER